IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**HARRY KROUSKOUPF,**           CASE NO. 2:08-cv-367
                                JUDGE HOLSCHUH
    Petitioner,             MAGISTRATE JUDGE ABEL

v.

**EDWIN VOORHIES, Warden,**

    Respondent.

## OPINION AND ORDER

On August 6, 2009, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. 2254 be dismissed. Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED**.

    **IT IS SO ORDERED**.

Date: August 31, 2009                      **/s/ John D. Holschuh**
                                                    JOHN D. HOLSCHUH
                                                    United States District Judge